NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1165

CELANESE CHEMICALS, LTD.,

Plaintiff-Appellee,

v.

E.I. DUPONT DE NEMOURS & COMPANY
and CHANG CHUN PETROCHEMICAL CO., LTD.,

Defendants-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of International Trade in
case no. 04-00594, Judge Delissa A. Ridgway.

ON MOTION

## O R D E R

Upon consideration of the United States' unopposed motion for a 25-day extension of time, until May 22, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 0 2009

JAN HORBALY
CLERK

cc:     Gracia M. Berg, Esq.
         Alexander H. Schaefer, Esq.
         Mary Jane Alves, Esq.

s8